MICHAEL KOWALSKI, Respondent, v. AARON TANKLEFSKY and Another, Appel-

lants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.